IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-MJ-2273-RN

**United States of America**,

v.

**Nathan D. Story**,

        Defendant.

**Order**

Within 14 days of the filing of the transcript of the November 14, 2016 bench trial, the parties are directed to file briefs not to exceed 30 pages on the issues of whether the Government established beyond a reasonable doubt that Story was driving on the night in question, whether the affirmative defense of automatism is applicable in this case, and whether the defense has satisfied its burden with respect to that affirmative defense.

Dated: November 30, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge